UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | Case No. 1:18-cv-01037-JDP |
| Petitioner, | ORDER TRANSFERRING CASE |
| v. | |
| UNITED STATES, | |
| Respondent. | |

Petitioner Yasir Mehmood, a defendant in a criminal case pending before this court's Sacramento division, submitted two copies of a petition for a writ of coram nobis, filing one copy with the court's Sacramento division and another with the Fresno division. *See* ECF No. 1; *United States v. Mehmood*, No. 2:12-cr-00154, ECF No. 514 (E.D. Cal. Sep. 20, 2018). He seeks to vacate his guilty plea, claiming ineffective assistance of counsel in his criminal case, No. 2:12-cr-00154, before the Honorable John A. Mendez, United States District Judge. *See* ECF No. 1 at 1. The Sacramento division has already set a hearing in petitioner's criminal case for various matters pending in petitioner's criminal case. No. 2:12-cr-00154, ECF No. 520. It appears that petitioner mistakenly filed a duplicative petition of a writ of coram nobis in Fresno. Accordingly, we will transfer this case to the Sacramento division. *See* Local Rule 120(d), (f).

**Order**

1. This action is transferred to the United States District Court for the Eastern District of

1

California sitting in Sacramento.

2. All future filings shall reference the new Sacramento case number assigned and must be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814.

IT IS SO ORDERED.

Dated:  May 20, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202